# Court of Appeals
# of the State of Georgia

ATLANTA,  September 25, 2015

*The Court of Appeals hereby passes the following order:*

**A16E0010. IN THE INTEREST OF: M. C. L., E. B. L., G. L., J. A. M., K. A. L., K. G. M-S., J. P. M-L., CHILDREN.**

In this termination of parental rights action, the mother has filed a motion seeking an extension of time to file an application for discretionary appeal. The motion, filed on September 24, 2015, follows the juvenile court's August 25, 2015, denial of the mother's motion for new trial. An application for discretionary appeal must be filed "within 30 days of the entry of the order, decision, or judgment complained of." OCGA § 5-6-35 (d). But an appellate court has the authority to grant an extension of time, pursuant to OCGA § 5-6-39 (a) (5), where the request for extension is made before the expiration of the period for filing as originally prescribed. See OCGA § 5-6-39 (d); Court of Appeals Rule 31 (g).

Upon review of the mother's timely request for an extension of time to file an application for discretionary appeal, it is hereby GRANTED. The mother shall file her application by October 26, 2015.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  09/25/2015
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*